We have one more case on our calendar this morning, Charles v. Levitt and all, and everyone's here. All right, very good. Thank you. All right, Mr. Sanchez, please. May it please the Court, my name is Jay Sanchez, I'm the attorney for the Plaintiff Appellate Wayne Charles. Your Honor, today my first grandson is being born in Elmhurst Queens Hospital there, and I know that may not sound relevant, but if you bear with me, I'm going to explain to you why I consider that relevant. That goes to- That's an important fact. That's an important fact. It's your first grandson? First grandson. First grandson. I've got- Rebecca Shah. My first granddaughter is engaged to marry, and the party's- To-da, to-da, I should say. I'm sorry, it's to-da. Rebecca Shah's the other way. I'm sorry. You were saying, Your Honor? Yeah. It's irrelevant. Please proceed. Okay, well, I want to explain to the Court my motivation for bringing this type of case. It's not an easy type of case to bring. I'm making allegations here about attorneys and an actual clerk of the Court alleging that they committed fraud and things that I believe might be violations of the civil provisions of the RICO Act, and I did this for a number of reasons. I think it's less important why you did it and more important what source of law you have to support what you did. Okay. Okay, Your Honor. Okay. Let's get to that then. I lay out in my complaint the facts, and the law, as far as my understanding is set forth in Twombly as explained in Ashcroft, is that determining whether a complaint states a plausible claim is context-specific, requiring the Reviewing Court to draw on its experience and common sense. Now, my understanding from the Twombly case, the Twombly case dealt with a class action and an antitrust lawsuit. You allege RICO, right? I allege RICO, Your Honor. So, maybe Twombly is not the most important point. Maybe the RICO statute is important. Tell us how your allegations fit into the statutes. Well, Your Honor, my argument is ... What's the enterprise? Let's get to that. Mr. Sanchez. I'm sorry? What's the enterprise? What's the what? What's the enterprise? You heard about it? Yes, the enterprise. I'm sorry. I consider the enterprise to be this law firm, which I believe, I guess, the ... Law firm? ... Levitt-Kaiser, who is ... Law firm is ... ... pushing, who is holding the strings and kind of orchestrating this civil RICO ... What is the fraud? Well, there's a number for ... I mean, there's ... Well, first of all, the fact that the case, that they started this receivership, it was based upon documents which we consider to be fraudulent, but also the fact ... I'm trying to understand. Yes. Is there any allegation that the legal fees were not owed? My client has alleged that, that they were not owed. I might not have put it in my complaint in the way that it should have been put in, but my understanding that that was the ... He did sign this confession of judgment. He did, but as we say, it was signed under duress. He's in the last ... Imagine this. He's in the last ... He's got a trial. His life is on the line right here. His freedom is on the line. Three-week-long trial. In the last three days of the trial, his lawyer comes to him and says, you've got to sign this, because if you don't sign this, I'm getting out of your case. So that's the fraud. That's the first fraud. It's a fraud because the client had paid all the money that he was supposed to pay? No. It's a fraud because the client had paid $130,000, and at that point, he's being told that he's got to pay this other amount, or his lawyer is not going to continue to represent him in the trial. But he maintains that that amount is not owed. Yes. He maintains that amount is not owed. He doesn't know where they came up with that amount. But it's hard to ... Yeah, that's his argument. That's his argument. And ... The damages you're asking for, if you could address that for a minute, it seemed to me that you were focusing on your client's loss of the Harlem property as a result. Well, it hasn't been lost yet. Appointment of the receiver? Yes. Yes. And sure, in the end, this building is worth, he says, around $3.5 million. My understanding now is that they've gone to contract for the sale of the building at $2.5 million. But if it hasn't been lost yet, why isn't there litigation in the state courts available to raise these issues there? If the receivership should be terminated, why isn't there some kind of motion available in state court on this subject? Well, my understanding is my client has, he's decided to do pro se another motion in state court that's going to address some of the allegations that were subsequent to ... And why are you here? Well, at a certain point, when you're accusing, I'm actually accused. I sat there where a judge ... But you're not damaged until you lose the property. And if you have state court remedies to attack the receivership, there's no damage. How do we know the state court won't side with your client? Well, one of the damages ... At this point, Your Honor, I ... What's the injury to business or property? That's part of the statute, right? Sure. I guess this is an attempt to ward off the injury. Is Glenda Charles a member of Levin & Kaiser? No, she is the ... She's not part of the enterprise. I'm sorry? She's not part of the enterprise. Well, she was someone who filed an affidavit where we alleged that there is ... How about the Bank of New York Mellon Corporation? Are they part of the enterprise? Well, we argue that, yes, that the strings are being held by Levin & Kaiser and that they are being utilized as part of this enterprise. Have you investigated this? I've investigated it as best as I could, Your Honor. Could I ask ... One of your earlier answers to Judge Hellerstein was that you are accused, and I appreciated that. You're here ... But I wasn't clear on exactly what this appeal is about. Are you here challenging the sanctions on the ground that sanctions should not have been applied? And that's the part where you stand accused and you were ordered to pay sanctions, right? Not just your client. Well, yeah, I was ordered to pay sanctions. Ultimately, my client paid on my behalf. Okay. But in the end, I still ... I've got sanctions on me. That's the sanctions. But are you also arguing appealing the dismissal of the complaint? I am also arguing, yeah, appealing the dismissal of the complaint, Your Honor. I mean, you know, the $1,000 sanction's not an issue. It's the sanction. I mean, it's actually ... It's been brought up in other cases. They say, well, look at this guy. He's been sanctioned before. You don't believe anything he says. You actually argued almost that the sanction was purposely little to deter you from appealing. It's not the money. It's the principle of the thing. Though, of course, if you shouldn't have been sanctioned, you also get the money back. But that's not the point, right? The point is you are damaged by having been sanctioned, and you think the sanction was wrongful. Yeah. I mean, ultimately, Your Honor, this is something that ... I see myself as an attorney who's ... When I see this kind of odd things going on, my goal is to try to bring it to the attention of someone who might make a difference, who I believe. And that is the reason I brought this to a federal court, because it's a difficult case to understand. To follow the fact pattern is very difficult. And I've actually seen a lot of these odd things going on in the state Supreme Court. I'm a street lawyer. I went to Harvard. It's a good law school. But I'm a street lawyer. I represent poor people. And I'm just seeing a lot of this going on, and I just don't know who to bring this to, whose attention to bring this to. You say it was an abuse of the district court's discretion to impose sanctions. He pointed to your amended complaint being full of allegations that were not directly pointed to your causes of action and being very extensive. And other pleadings, as well, I think, were not so focused. Was that an abuse of discretion, in your view? Well, I will not have a call to ... I know the law deals with abuse of discretion, but I think ... I'm not sure if I can say that's an abuse of discretion. I can say that anything I put in my papers was to try to express to a court things that would seem really incredible, incredible allegations, something that you would not believe. But I had to say, to explain how this kind of stuff can occur. And in the end, an abuse of discretion, I do consider most sanctions ... You named a lot of people as fraud doers, right? Yes, I did. You're concerned because you've been sanctioned and that will give you a bad name. What about giving a bad name to people that you call fraud doers? Well, Your Honor, I investigated. I investigated what I consider to be fraud before I made these comments. When I said ... Paul Schneier, just because he was appointed by the judge on the case, is labeled as a fraud doer? You think that's fair? How about the judge, Judge Richard Braun? You call him a fraud doer also. Do you have evidence to support that? I'm trying to find ... One thing to champion a client who may have gotten an unfair deal, it's another thing to start calling people fraud doers without real basis in it. Well, Your Honor, at a certain point ... What about the counsel to the law firm? What do the counsel do? The counsel to the law firm? Which counsel to the law firm? Lee Pollock. Well, I allege that he's part of this entire thing. He submitted a fraudulent affidavit, you said. Yes. In connection with the receivership proceeding. Sure. Shouldn't that have been taken up in the state court? But you called ...  Maybe you should apply to the State Division of Ethics. Perhaps, but the truth is that that's really going to help my client. Coming to this court ... That affects ... You're coming to this court to say that a judge of the same rank in another court is a fraud doer. What should we do with that? Your Honor ... How could we feel sorry for you if you're calling everybody else a fraud doer? How can we exercise discretion to lift this name on you when you've been so liberal in calling others just as bad or worse? You got a point there, Your Honor. You got a point there. My only argument here is that my goal is to shed light on what is occurring in the state courts among attorneys, among clerks, and quite frankly, Your Honor, there's a lot of odd things going on. It seems like there's no one who's willing to take this on. Mr. Sanchez, I think ... Why don't we go ahead and hear from ... Yes, I'm sorry. Defendants, or police, right? Thank you, and you'll have a couple minutes for rebuttal. All right. Mr. Dawson, do you have a preference as to order? Yes. I represent the State Appellees. I was going to go first. That's just fine. May it please the Court, Mark Sean for the State Appellees in the case. The District Court correctly dismissed plaintiff's claims against the State Appellees as jurisdictionally barred under the Rooker-Feldman Doctrine because rather than challenging the entry of the receivership in state court, as he could have done, the plaintiff instead came to federal court to bring what is effectively an appeal of a prior state court order, and that's barred by Rooker-Feldman. Were there any additional damages? I was trying to look at the various damage claims to see whether there's anything other than taking of the property that was ... that was a basis for a claim, and I saw various damages claims between like $3 million and $4 million. Was there anything else other than the taking of the property that is the focus of the litigation here? We don't understand there to be so. The District Court carefully considered that issue and found that as far as the court could tell, it was only the entry of the receivership that was causing these damages. And certainly as to the State Appellees, the only thing that they are alleged to have done wrong that harmed the plaintiff was the entry of the receivership. And so though that's clearly to reach those claims, the court would have to review and reject the state court's order, which is barred by Rooker-Feldman. So unless the court has any questions, we would ask that you affirm. Thank you. May it please the court. Peter Dawson for Leavitt & Kizer, Richard Leavitt, Nicholas Kizer, and Lee Pollack. The case is an obvious attack upon a duly entered state court confession of judgment and the enforcement proceedings in state court to enforce that judgment. And as Mr. Shahan stated, it is barred by Rooker-Feldman because the damages flow directly from the loss of the property, directly from the enforcement proceeding, and directly from the confession of judgment. To address Your Honor's question regarding damages, if I may, it certainly appears to us that all of the damages involve the property one way or the other. The $3 to $4 million number appears to be an estimated value of the number. The complaint also references business damages without understanding exactly what they are. They may... We think that they may... Would you respond to the charge that your client exacted a... an additional fee at the last day stage of trial when its client may not have had much ability to negotiate? The money was owed at that point is my understanding. There's nothing in the record to the contrary. And this... You use a form of a confession of judgment at a point when you're days away from a verdict. That's tough medicine. He wanted to get paid, and I think it was his right and obligation to get paid, his right to get paid. But what I also think is important is it was never challenged. There are two letters in the record, to Leavitt and Kaiser, acknowledging this debt afterwards. And after that, Mr. Charles actually relied on the debt when he applied for CJA counsel down the road. There was never any claim that this money wasn't owed until the enforcement proceeding was commenced. That was the first time anybody ever heard of the debt wasn't legitimate, the debt was overbilled. This is the first time. The time is long past to complain about that. The confession of judgment... There's no Rooker-Feldman remedy in the legal fee. There's no Rooker-Feldman remedy in the legal fee. It may not be a RICO claim, but there is a claim that can be impositioned by the criminal defense attorney seeking a confession of judgment in the last stages of a criminal trial. That's not a very nice thing to do. There may be a claim to that effect that was not the subject of the case, but there may be a claim to that effect. I would wonder if it's barred by the statute of limitations or estoppel at this point, given the letters that are in the record by which this debt was acknowledged and money was pledged to Levin and Kaiser. A point on the RICO and an important point, I think. There are no facts in this complaint. The facts are very thin. There's no facts connecting the alleged enterprise, which just appears to be people and entities whose interests are adverse to Mr. Charles, his ex-wife, the law firm. The bank that holds his mortgage, everybody's working together. It's not a plausible enterprise and there certainly is no pattern. The only federal claim alleged here is the RICO claim. Is that right? That's correct. As I read the complaint, I did not see an allegation that the fees were not due and owing. I thought the falsehood was the claim that if you don't sign this, I'm able to walk away from the case when the argument is but that's false because he would have to apply to withdraw and the court at that stage would probably not let him withdraw and so there was a falsehood stated so as to get the confession of judgment. It's not clear to me how any of the people who come into the case later on could be implicated in that and it's not clear to me that that would be a federal claim but if there were diversity of citizenship or something so that there was otherwise jurisdiction would it be barred by Rooker-Feldman to claim that the lawyer had fraudulently extracted the confession of judgment even if the fees were due and owing by this kind of false representation that you have no choice? That may be outside of Rooker-Feldman but I think it would be barred by statute of limitations certainly and that is the claim as I understood it to be that's the only statement alleged statement in this complaint that I could find that might give rise to a fraud and I'm not even sure it's a false statement it's a statement of opinion about future fact and I think there are issues with that statement as well that's the only statement that I can find that would give rise and damages in that case still might relate to the property because the confession of judgment specifically pledges the property it's a judgment and it's ultimately a state court recorded judgment of record could have opposed the entry of judgment or if it was done on some ex parte basis could have moved to have it vacated in the state court on the basis of that alleged fraud absolutely and he's not done that very good thank you the court has no, oh, thank you very much may it please the court I'm Paul Shoemaker for the defendant Happily Glenda Charles she's the former wife of the plaintiff Wayne Charles it's very unclear what's being claimed if anything against Glenda Charles she's thrown in as a defendant she's had to hire me, she's had a lot of mental anguish and expense over all this her former husband Wayne Charles is a multi-millionaire this property is worth several million dollars and this lawyer is assisting him in a vendetta against a lot of people and obviously I'm mostly upset about the fact it's against his former wife utterly without foundation the brief in its RICO discussion refers to a group of attorneys a clerk assistant to a judge of the New York State Supreme Court a court appointed receiver and a financial institution unquote, that's the end of the quote from page one, there's several places doesn't even mention Glenda Charles there's no attempt even to tie her to some RICO enterprise it's utter hogwash and it's utterly absurd and outrageous that this should be allowed in this court did she, help me out, all she did here was petition the support the receivership application because she has another judgment against him, yes she put in an affidavit in support of the receivership there's some discussion about that, actually that portion been paid, I'll tell you right now there's another judgment that's in line to be paid but there's not that much in line to be paid what they're looking for is there's going to be a few million dollars of cash Mr. Charles is a wealthy man, Mr. Sanchez will get paid, this is not a Don Quixote crusade this is a lawyer assisting an evil man in trying to avoid his obligations and harass and abuse his former wife in your brief, if I could ask you you point out that the court has the authority under rule 38 to award damages or single or double costs, have you made any application for that? not a separate application that is the only place I mention it is in my brief that is my purpose of being here to argue is that we do believe that costs, just damages and costs should be awarded because this has been a horrible imposition and today you hear him say well, and it's not Mr. Sanchez he says pro se Mr. Charles is going to start a new state court proceeding this has gone on for years and you know I don't feel that sorry for lawyers having to wait to get paid, we have to wait to get paid, but my client, the former wife and their daughter who my client, I don't want to burden this with extraneous material but my client's a nurse, she works long hours to pay the daughter's tuition and this man, Mr. Charles I'm referring to has avoided obligations for many years and this is just part of that pattern thank you thank you may it please the court my name is Andrea Roberts and I represent the defendant Appelli, Bank of New York Mellon Corporation for the sake of conserving the court's time Bank of New York takes the same position as the co-appellees this action is barred by the Rooker-Feldman doctrine in addition, as Judge Engelmeyer pointed out in his decision the appellant failed to state claims to state the causes of action raised in his complaint some of them are barred by the statute of limitations such as his fraud cause of action my client is simply named herein because it holds a mortgage encumbering the property that is the subject of the receivership there is no allegation in the complaint as to my client specifically concerning the fraud as it was not a part of the judgment nor was it a part of the receivership order in addition the appellant fails to state how Bank of New York engaged in any acts of racketeering under the RICO statute with and so your honor the Bank of New York respectfully requests that the court uphold the lower court's decision as it was properly dismissed the bank holds a mortgage on the property correct your honor if the receiver sells the property the bank will get something from that correct your honor it holds a first mortgage lien so it would be paid off has the bank filed any lawsuits or done anything here at all apart from whether it's an act of racketeering did the bank do anything there is a foreclosure action that's currently pending in New York County so the mortgage is in default yes since 2010 since March of 2010 so interest has been accruing since then it was a $675,000 mortgage the foreclosure action was commenced in November 4th of 2016 okay thank you very much Mr. Sanchez you have three minutes does the court have any other questions for me I don't think so thank you very much that concludes our morning the clerk will adjourn court